ISABELLA T. MYERS, Appellant, *v.* THE BANK OF PORTS-
MOUTH, Impleaded, etc., Respondent.

(Argued March 1, 1888; decided March 20, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court, in the first judicial department, entered upon an order
made March 6, 1866, which affirmed a judgment dismissing
the complaint, and denied a motion to resettle the order for
judgment.

*George B. Ashley* for appellant.

*Robert L. Harrison* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.